2

United States District Court
Southern District of Texas
FILED

SEP 1 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NOEL ESPINOZA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-142 |
| § | |
| COCA COLA ENTERPRISES, INC., § | |
| CONTINENTAL CASUALTY § | |
| COMPANY and CONSTITUTION § | |
| STATE SERVICE COMPANY, § | |
| Defendants. § | |

## JOINDER IN REMOVAL

CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, defendants, file this their Joinder In Removal, and respectfully show:

1. This lawsuit was timely removed from State District Court to this Court by Notice of Removal which was filed on September 11, 2000 by Defendant Coca Cola Enterprises, Inc.

2. Defendants Continental Casualty Company and Constitution State Service Company hereby notify the Court of their timely joinder in and consent to the Notice of Removal filed by Coca Cola Enterprises, Inc. on or about September 11, 2000.

3. This joinder and consent is timely filed within thirty (30) days of service of process on the first defendant to be served.

4. Notice of this Joinder In Removal will promptly be filed with the State District Court and will be served on the Plaintiff, by service on the Plaintiff's attorney.

WHEREFORE, Defendants respectfully request that the Court take notice of their timely joinder in and consent to the Notice of Removal.

Respectfully submitted,

*David N. Kitner (by permission Ben L. Dawns)*

Mr. David N. Kitner
State Bar I.D. No. 11541500
Federal I.D. No.2669
901 Main Street, Ste. 4300
Dallas, Texas 75202
Telephone: (214) 651-4300
Telefax : (214) 651-4330

ATTORNEYS FOR DEFENDANTS
CONTINENTAL CASUALTY COMPANY
AND CONSTITUTION STATE SERVICE
COMPANY

OF COUNSEL:

**STRASBURGER & PRICE, LLP**

## CERTIFICATE OF SERVICE

I, David N. Kitner, hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested**, to the following counsel of record, on the 11th day of September, 2000.

Miguel A. Saldaña, Esq.
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX  78521

Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 A-2 North Tenth Street
McAllen, Texas 78504

John R. Bode
Miller & Martin
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN  37402

                                             David N. Kitner

ClibPDF - www.fastio.com