6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOEL ESPINOZA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-00-142 |
| COCA COLA ENTERPRISES, INC., | § | |
| CONTINENTAL CASUALTY | § | |
| COMPANY and CONSTITUTION | § | |
| STATE SERVICE COMPANY, | § | |
| Defendants. | § | |

### DEFENDANT COCA-COLA ENTERPRISES INC.'S CERTIFICATE OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

To the best of this Defendant's knowledge, the only persons or entities with a financial interest in this case are the following:

Noel Espinoza (Plaintiff)

Continental Casualty Company (Defendant)

Constitution State Service Company (Defendant)

<u>Coca-Cola Enterprises Inc</u>. (Defendant)

The Laredo Coca-Cola Bottling Company, Inc.

Respectfully submitted,

_[signature]_
Raymond A. Cowley
State Bar I.D. No. 04932400
Federal I.D. No. 8642
attorney-in-charge

Teri L. Danish
State Bar I.D. No. 05375320
Federal I.D. No. 2862

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

OF COUNSEL:

## RODRIGUEZ, COLVIN & CHANEY LLP

John R. Bode
(pro hac vice application pending)
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN  37402
Telephone:  (423) 756-6600
Telefax:    (423) 785-8480

ATTORNEYS FOR DEFENDANT
COCA-COLA ENTERPRISES, INC.

OF COUNSEL:

## MILLER & MARTIN LLP

## CERTIFICATE OF SERVICE

I, Raymond Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the __7b__ day of __September__, 2000.

Miguel A. Saldaña, Esq.
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX 78521

Mr. David N. Kitner
Strasburger & Price, LLP
901 Main Street, Ste. 4300
Dallas, Texas 75202

_____
Raymond A. Cowley