

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOEL ESPINOZA, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-142 |
| § | |
| THE LAREDO COCA-COLA § | |
| BOTTLING COMPANY, INC. § | |
| CONTINENTAL CASUALTY § | |
| COMPANY and CONSTITUTION § | |
| STATE SERVICE COMPANY, § | |
| Defendants § | |

### PLAINTIFF, NOEL ESPINOZA'S CERTIFICATE OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

To the best of this Plaintiff's knowledge, the only persons or entities with financial interest in this case are the following:

Noel Espinoza (Plaintiff)

The Laredo Coca-Cola Bottling Company, Inc. (Defendant)

Continental Casualty Company (Defendant)

Constitution State Service Company (Defendant)

Coca-Cola Company (Defendant)

Coca-Cola Enterprises, Inc. (Defendant)

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

Plaintiff's Certificate of Entities
With Financial Interest In This Case

1

By: _____
MIGUEL A. SALDAÑA
State Bar No.    17529450
Federal ID No. 10954

ATTORNEY FOR PLAINTIFF,
NOEL ESPINOZA

## CERTIFICATE OF SERVICE

I, MIGUEL A. SALDAÑA, hereby certify that a true and correct copy of the above foregoing instrument has been forwarded on the 23rd day of October, 2000, to the following:

Mr. David N. Kitner
Strasburger &l Price, L.L.P.
901 Main Street, Ste. 4300
Dallas, Texas 75202

Raymond A. Cowley
4900 A-2 N. 10th Street
McAllen, Texas 78504

_____
MIGUEL A. SALDAÑA