9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JAN 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOEL ESPINOZA,<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA<br>BOTTLING COMPANY, INC.,<br>CONTINENTAL CASUALTY<br>COMPANY and CONSTITUTION<br>STATE SERVICE COMPANY,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§ | |

### PLAINTIFFS' AND DEFENDANTS'
### JOINT DISCOVERY/CASE MANAGEMENT PLAN

NOEL ESPINOZA, Plaintiff, and THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, Defendants, in the above-referenced action, file this their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identifies the counsel who attended for each party.

   Counsel met by telephone on January 4, 2001. Counsel attended were:

   Miguel A. Saldana
   Raymond A. Cowley
   David N. Kitner

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

**ANSWER:**

> **None.**

3.  Briefly describe what this case is about.

**ANSWER:**

> **Plaintiff's states causes of action against his former employer, it's workers compensation carrier and the adjusting company. This case involves Plaintiffs separation from employment while he was injured and receiving worker's compensation benefits pursuant §451.001 of the Texas Labor code. Plaintiff also states a cause of action against his former employer for violations of the Family Medical Leave Act. (FMLA). Plaintiff states a cause of action against the worker's compensation carrier and adjuster company for fraud and negligence. Additionally, Plaintiff brings a cause of action against the worker's compensation carrier for breach of the duty of good faith and fair dealing.**

4.  Specify the allegation of federal jurisdiction.

**ANSWER:**

> **Defendant, Laredo Coca Cola Bottling Company, Inc., removed this action on the basis of Plaintiff's allegations regarding violations of the Family Medical Leave Act (FMLA) 29 USC § 2601 et seq.**

5.  Name the parties who disagree and the reasons.

**ANSWER:**

> **None. Plaintiff reserves the right to remand if the FMLA cause of actions fails to withstand pre-trial dispositive motions.**

6.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**ANSWER:**

> **None.**

Joint Discover/Case Management Plan
Noel Espinoza vs. Coca Cola Bottling Company, Inc.,

7. List anticipated interventions.

**ANSWER:**

**None.**

8. Describe class-action issues.

**ANSWER:**

**None.**

9. State whether each party represents that has made the initial disclosure required by Rule 26(a). If not, describe the arrangements the have been made to complete the disclosures.

**ANSWER:**

**Plaintiff has completed disclosures to Defendants. Defendants will provide initial disclosures with fifteen (15) days of the initial pre-trial conference.**

10. Describe the proposed agreed discovery plan, including:

   A) Responses to all the matters raised in Rule 26(f).

   **February 15, 2001.**

   B) When and to whom the Plaintiff anticipates it may send interrogatories.

   **Plaintiff anticipates it will propound interrogatories on all Defendants by February 15, 2001.**

   C) When and to whom the Defendant anticipates it may send interrogatories.

   **Defendant anticipates it will propound interrogatories on all Plaintiffs by February 15, 2001.**

   D) Of whom and by when the Plaintiff anticipates taking oral depositions.

   **Plaintiff anticipates taking the Oral Deposition of the Human Resources director for Laredo coca cola bottling company,**

Inc., and those employees directly involved in the decision to terminate Plaintiff's employment. Additionally, Plaintiff will take the Oral Deposition of the person(s) responsible for adjusting Plaintiff Workers Compensation claim employed by Constitutional State Service Company. Plaintiff also anticipates taking the Oral Deposition of the corporate representative of Continental Casualty Company. Plaintiff anticipates Deposition by May 15, 2001.

E) Of whom and by when the defendant anticipates taking oral depositions.

**Defendants anticipate taking the Plaintiff's deposition by April 30, 2001, and taking depositions of fact and expert witnesses, if any, by May 31, 2001.**

F) When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) (expert report).

**Plaintiff will designate experts, if any and will provide required reports by April 15, 2001. Defendant will designate experts, if any, and will provide experts reports by June 1, 2001.**

G) List experts depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Expert depositions shall be completed by Plaintiff by June 30, 2001 of any expert listed by Defendants.**

H) List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Expert depositions shall be completed by Defendants by July 15, 2001 of any expert listed by Plaintiff.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposal of each party.

ANSWER:

**Parties are in agreement.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**ANSWER:**

> None.

13. State the date the planned discovery can reasonably completed.

**ANSWER:**

> August 1, 2001.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**ANSWER:**

> Parties will consider mediation at a time deemed appropriate by parties and counsel.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER:**

> Plaintiff has complied with initial disclosures. Plaintiff was also advised of alternative dispute resolution techniques and advised to utilize mediation if deemed appropriate by parties and counsel. Defendants have indicated a willingness to consider alternate dispute resolution following discovery.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique maybe effectively used in this case.

> **ANSWER:**
>
> Mediation appears to be the technique most reasonably suitable in this case. The month of July 2001 appears to be the most appropriate time.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER:**

>  **The parties have no objection to trial before a magistrate judge.**

18. State whether a jury demand has been made and if it was made on time.

**ANSWER:**

>  **Jury demand was promptly made by Plaintiff.**

19. Specify the number of hours it will take to present the evidence in this case.

**ANSWER:**

>  **Plaintiff anticipates 14-15 hours for the presentation of his case in chief. Defendants anticipate approximately 40 hours to complete the trial.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER:**

>  **Defendant The Laredo Coca-Cola Bottling Company, Inc., has pending a Motion for Severance.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**ANSWER:**

>  **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651
USDC No. 10954
State Bar No.17529450
Attorney for Plaintiff

Mr. David N. Kitner
*Strasburger & Price, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
USDC No. 2669
State Bar No.11541500
Attorney for Defendants Continental Casualty Company and Constitution State Service Company

Mr. Raymond A. Cowley
*Rodriguez, Colvin & Chaney, L.L.P.*
4900 A-2 N. 10th Street
McAllen, Texas 78504
Telephone: (956)686-1287
Facsimile: (956) 686-6197
USDC No. 8642
State Bar No. 04932400
Attorney for Defendant The Laredo Coca Cola Bottling Company, Inc.

Joint Discover/Case Management Plan
Noel Espinoza vs. Coca cola Bottling Company, Inc.,

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

_____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

| DAVID N. KITNER | RAYMOND A. COWLEY |
|---|---|
| USDC No. 2669 | USDC No. 8642 |
| State Bar No.11541500 | State Bar No. 04932400 |
| | |
| Strasburger & Price, L.L.P. | *Rodriguez, Colvin &* |
| 901 Main Street, Suite 4300 | *Chaney, L.L.P.* |
| Dallas, Texas 75202 | 4900 A-2 N. 10th Street |
| Telepone: (214) 651-4300 | McAllen, Texas 78504 |
| Facsimile:  (214) 651-4330 | Telephone: (956)686-1287 |
| | Facsimile: (956) 686-6197 |
| | |
| Attorney for Defendants Continental Casualty Company and Constitution Inc State Service Company | Attorney for Defendant The Laredo Coca Cola Bottling Company, |

Joint Discover/Case Management Plan
Noel Espinoza vs. Coca cola Bottling Company, Inc.,

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

_____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF


*/s/ David Kitner*
_____
DAVID N. KITNER
USDC No. 2669
State Bar No. 11541500

Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
Telepone: (214) 651-4300
Facsimile: (214) 651-4330


Attorney for Defendants Continental
Casualty Company and Constitution
Inc State Service Company

_____
RAYMOND A. COWLEY
USDC No. 8642
State Bar No. 04932400

Rodriguez, Colvin &
Chaney, L.L.P.
4900 A-2 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Facsimile: (956) 686-6197


Attorney for Defendant
The Laredo Coca Cola
Bottling Company.

Joint Discover/Case Management Plan
Noel Espinoza vs. Coca cola Bottling Company, Inc.,