*10*

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | B-00-142 |
|---|---|---|---|
| Noel Espinoza ||||
| *versus* ||||
| Coca-Cola Enterprises, Inc. et al. ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | John R. Bode |
| Firm | **MILLER & MARTIN, LLP** |
| Street | 832 Georgia Ave., Ste.1000 |
| City & Zip Code | Chattanooga, TN 37402-2289 |
| Telephone | (423) 756-6600 |
| Licensed: State & Number | TN 11415 |
| Admitted US District Court for: | Eastern District of Tennessee |

Seeks to appear as the attorney for this party:

Coca-Cola Enterprises Inc.

Dated: 1/9/01     Signed: *John R. Bode*

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, 199__.     _____
                                       United States District Judge

SDTX AA-6 (8/98)