11

United States District Court
Southern District of Texas
FILED

**JAN 1 6 2001**

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | B-00-142 |
|---|---|---|---|
| Noel Espinoza | | | |
| | *versus* | | |
| Coca-Cola Enterprises, Inc. et al. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Carolyne S. Beaty |
|---|---|
| Firm | **MILLER & MARTIN, LLP** |
| Street | 832 Georgia Ave., Ste.1000 |
| City & Zip Code | Chattanooga, TN 37402-2289 |
| Telephone | (423) 756-6600 |
| Licensed: State & Number | TN 019737 |
| Admitted US District Court for: | Eastern District of Tennessee |

Seeks to appear as the attorney for this party:

Coca-Cola Enterprises Inc.

Dated: 1/9/01   Signed: *[signature] Carolyne S. Beaty*

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, 199__.    _____
                                      United States District Judge

SDTX AA-6 (8/98)