13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Noel Espinoza, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-142 |
| | § | |
| The Laredo Coca-Cola Bottling Co., Inc, et al., | § § | |
| | § | |
| Defendants. | § | |

## ORDER

The Parties indicated in their Joint Discovery/Case Management Plan [Dkt. No. 9] that they have agreed to proceed before a United States Magistrate Judge. If the Parties submit a Consent to Proceed Before a Magistrate Judge in the format provided for in this Court's Chamber Rules by January 25, 2001 at 4:00 p.m., they will not have to appear for the initial pretrial conference set for January 29, 2001. Otherwise, the Parties must appear at the initial pretrial conference as scheduled.

DONE at Brownsville, Texas, this 17th day of January 2001.

_____
Hilda G. Tagle
United States District Judge