11

United States District Court
Southern District of Texas
FILED

**JAN 1 6 2001**

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Action Number | B-00-142 |
|---|---|---|---|
| Noel Espinoza | | | |
| | *versus* | | |
| Coca-Cola Enterprises, Inc.  et al. | | | |

15

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | | United States District Court |
|---|---|---|
| Name | Carolyne S. Beaty | Southern District of Texas |
| Firm | **MILLER & MARTIN,   LLP** | ENTERED |
| Street | 832 Georgia Ave., Ste.1000 | |
| City & Zip Code | Chattanooga, TN  37402-2289 | JAN 2 9 2001 |
| Telephone | (423)  756-6600 | Michael N. Milby, Clerk of Court |
| Licensed: State & Number | TN 019737 | By Deputy Clerk |
| Admitted US District Court for: | Eastern District of Tennessee | |

Seeks to appear as the attorney for this party:

| Coca-Cola Enterprises  Inc. | |
|---|---|
| Dated: 1/9/01 | Signed: *Carolyne S. Beaty* |

| ORDER |
|---|

This lawyer is admitted *pro hac vice*.

Signed on Jan 26, 2001

_____
United States District Judge

SDTX AA-6 (8/98)