16

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOEL ESPINOZA, §
  Plaintiff, §
§
v. §
§ CIVIL ACTION NO. B-00-142
THE LAREDO COCA COLA §
BOTTLING COMPANY, INC., §
CONTINENTAL CASUALTY §
COMPANY and CONSTITUTION §
STATE SERVICE COMPANY, §
  Defendants. §

## ORDER

This case is transferred to United States Magistrate Judge __Felix Recio__

_____ to conduct all further proceedings, including final judgment.

_____
Judge Presiding

February 2, 2001
Date

xc: Mr. Raymond Cowley
  Rodriguez, Colvin & Chaney
  4900 A-2 North Tenth Street
  McAllen, Texas 78504

  Mr. David Kitner
  Strasburger & Price, LLP
  901 Main Street, Ste. 4300
  Dallas, Texas 75202

  Mr. Miguel A. Saldana
  Corporate Plaza, Ste. 109
  302 Kings Highway
  Brownsville, Texas 78521

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NOEL ESPINOZA, <br>     Plaintiff, <br><br> v. <br><br> THE LAREDO COCA COLA <br> BOTTLING COMPANY, INC., <br> CONTINENTAL CASUALTY <br> COMPANY and CONSTITUTION <br> STATE SERVICE COMPANY, <br>     Defendants. | § § § § § § § § § § §     CIVIL ACTION NO. B-00-142 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

_/s/ Miguel A. Saldana_
Mr. Miguel A. Saldana
Corporate Plaza, Ste. 109
302 Kings Highway
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651
USDC No. 10954
State Bar No. 17529450
Attorney for Plaintiff

_/s/ David Kitner_ with permission Ryno A Culy
Mr. David Kitner
Strasburger & Price, LLP
901 Main Street, Ste. 4300
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
USDC No. 2669
State Bar No. 11541500
Attorney for Defendants Continental Casualty Company and Constitution State Service Company

_(signature)_
Raymond A. Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Facsimile : (956) 686-6197
USDC No. 8642
State Bar No. 04932400
Attorney for Defendant The Laredo Coca Cola Bottling Company, Inc.

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this the 24th day of January, 2001, upon the following counsel of record and interested parties:

Mr. David Kitner
Strasburger & Price, LLP
901 Main Street, Ste. 4300
Dallas, Texas 75202

Mr. Miguel A. Saldana
Corporate Plaza, Ste. 109
302 Kings Highway
Brownsville, Texas 78521

_(signature)_
Raymond A. Cowley