17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOEL ESPINOZA | * | |
| | * | |
| VS | * | C.A. NO. B00-142 |
| | * | (636(c)) |
| THE LAREDO COCA COLA | * | |
| BOTTLING COMPANY, INC., ET AL | * | |

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby scheduled for **February 28, 2001, at 2:00 p.m.** The parties shall be prepared to argue any motions that are ripe for ruling.

DONE at Brownsville, Texas, this 7th day of FEB 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison
Brownsville, Texas 78520