```
IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF TEXAS
         BROWNSVILLE, TEXAS
```

United States District Court
Southern District of Texas
FILED

FEB 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOEL ESPINOZA, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-142 |
| | § | |
| THE LAREDO COCA COLA | § | |
| BOTTLING COMPANY, INC., | § | |
| CONTINENTAL CASUALTY | § | |
| COMPANY and CONSTITUTION | § | |
| STATE SERVICE COMPANY, | § | |
| *Defendants* | § | |

<u>**PLAINTIFF NOEL ESPINOZA'S RESPONSE TO
DEFENDANT THE LAREDO COCA-COLA BOTTLING
COMPANY INC.'S MOTION FOR SEVERANCE**</u>

TO THE HONORABLE JUDGE OF SET COURT

**NOEL ESPINOZA**, Plaintiff, opposes Defendant **THE LAREDO COCA-COLA BOTTLING COMPANY, INC.**, Motion for Severance and in support thereof respectfully shows:

I.

Plaintiff agrees with the standard set forth in Defendant's Motion for Severance at paragraph 2 with the exception of the final conclusary sentence.

II.

The parties and the claims are appropriately joined and should be tried together. Any prejudice, if any, in trying this case with all currently named Defendant's can be eliminated by limiting instructions to the jury.

PLAINTIFF NOEL ESPINOZA'S RESPONSE TO
DEFENDANT THE LAREDO COCA-COLA BOTTLING
COMPANY INC.'S MOTION FOR SERVERANCE
Noel Espinoza vs. Coca Cola Bottling Company, Inc.,

1

Additionally, the court should deny the severance because multiple trials will substantially duplicate the time and work in each case.

II.

Defendant Coca-Cola has filed a generic Motion for Severance in which it states the legal standard and relevant issues. Plaintiff is not in disagreement. Coca-Cola, however, fails to state any facts that would entitle it to a severance.

Plaintiff's complaint against the three currently named Defendants arises out of the same series of transactions or occurrences. Questions of fact such as date of Plaintiff's injury, date of Plaintiff's discharge, and involvement of Coca-Cola's Company doctor during the pendency of the worker's compensation claim are common to each of the named defendant's. Additionally, Continental Casualty Company maintains a first party, contractual relationship with Coca-Cola from which Plaintiff is the third party beneficiary.

Finally, the actions of two Defendant's, Continental and Constitution directly impacted the decision of Defendant Coca-Cola in its decision to illegally terminate the Plaintiff. All of these occurrences are part of one continuing episode involving contact and communications between all parties during the relevant time period. Although there are three Defendants and multiple causes of actions, all of Plaintiff's claims arise from one continuing episode. Witnesses in the presentation of Plaintiff's claims are employed or in the control of the several Defendants. It would be judicially uneconomical to server Coca-Cola case from the other Defendants.

IV.

WHEREFORE, Plaintiff prays that Defendant Coca-Colas Motion for Severance be denied, that the case be maintained on the court's docket as currently styled and numbered, and that the matter proceed to trial.

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

By: _____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

PLAINTIFF NOEL ESPINOZA'S RESPONSE TO
DEFENDANT THE LAREDO COCA-COLA BOTTLING
COMPANY INC.'S MOTION FOR SERVERANCE
Noel Espinoza vs. Coca Cola Bottling Company, Inc.,

3

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the _____ day of February 2001, upon the following counsel of record and interested parties:

>Mr. Raymond A. Cowley
>*Rodriguez, Colvin & Chaney, L.L.P.*
>4900 A-2 N. 10th Street
>McAllen, Texas 78504


>Mr. David N. Kitner
>*Strasburger & Price, L.L.P.*
>901 Main Street, Suite 4300
>Dallas, Texas 75202


>Mr. John R. Bode
>Suite 1000 Volunteer Building
>832 Georgia Avenue
>Chattanooga, TN. 37402

_____
MIGUEL A. SALDAÑA

**PLAINTIFF NOEL ESPINOZA'S RESPONSE TO DEFENDANT THE LAREDO COCA-COLA BOTTLING COMPANY INC.'S MOTION FOR SERVERANCE**
Noel Espinoza vs. Coca Cola Bottling Company, Inc.,

4