```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    L Garcia
CSO                :    Salinas
Law Clerk          :    J Dart
Date               :    February 28, 2001 at 1:30 p.m.
```

*United States District Court*
*Southern District of Texas*
*FILED*
*FEB 28 2001*
*Michael N. Milby, Clerk of Court*

---

**CASE CR. B-00-142 (636(c))**

| | | |
|---|---|---|
| Noel Espinoza | * | Miguel Saldana |
| vs | * | |
| The Laredo Coco-Cola Bottling Co. | | Raymond Cowley |
| Continental Casualty Co | | David Kitner |
| & Constitution State Service Co. | | " |

---

## PRETRIAL CONFERENCE

Attorney M Saldana present for the plaintiff, Noel Espinoza;
Attorney David Kitner present for Continental Casualty Co.;
Attorney R Cowley not present;

The Court denies Deft's Motion for Severance;
The Court adjourns to chambers for the determination of the scheduling dates;


## IN CHAMBER MINUTES:

All attorneys present for in chamber conference;
All parties agreed to the scheduling order; Scheduling Order to be prepared by the Court;
Attorneys dismissed.

19