UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _O. H. Aldape_

NOEL ESPINOZA § 

    VS §    CIVIL ACTION NO. B00-142
                                                                            (636(c))

THE LAREDO COCA COLA BOTTLING COMPANY, §
INC., ET AL

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:                                                                NONE
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **April 15, 2001**

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.    **June 01, 2001**

5. Discovery must be completed by:                                  **August 01, 2001**
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:                                                 **September 15, 2001**

*******************************************************************************

7. Joint pretrial order is due:                                              **October 15, 2001**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                         **November 01, 2001**
    *The case will remain on standby until tried.*

9. Jury selection before Judge Recio is set for 9:00 a.m. on:   **November 02, 2001**

10. Jury trial date will be set after jury selection.

Signed **February 28, 2001**, at Brownsville, Texas.

                                                                                _/s/ Felix Recio_
                                                                                Felix Recio
                                                                     United States Magistrate Judge