United States District Court
Southern District of Texas
FILED

JUN 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL ESPINOZA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, CONTINENTAL CASUALTY COMPANY AND CONSTITUTION STATE SERVICE COMPANY | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' CONTINENTAL CASUALTY COMPANY AND
CONSTITUTION STATE SERVICE COMPANY'S DESIGNATION OF EXPERT**

COMES NOW Continental Casualty Company and Constitution State Service Company, Defendants, and pursuant to Federal Rule of Civil Procedure 26, files the following Designation of Experts:

1. Kevin McGillicuddy
   Hammerman & Gainer
   P.O. Box 1090
   Austin, Texas 78767
   512-494-9198 (telephone)

Mr. McGillicuddy is expected to testify and have knowledge regarding the handling of workers' compensation claims and is expected to testify generally that Plaintiff's claim was handled properly by Constitution State Service Company. In addition, Mr. McGillicuddy may provide expert testimony in response to opinions offered by experts for the Plaintiff.

**DEFENDANTS' CONTINENTAL CASUALTY COMPANY AND
CONSTITUTION STATE SERVICE COMPANY'S DESIGNATION OF EXPERT - Page 1**

655604.1/SPO/83395/1884/05312001

Respectfully submitted,

*David Kitner* (signature)

DAVID N. KITNER
State Bar No. 11541500
Federal I.D. No. 2669

STRASBURGER & PRICE. L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile:  (214) 651-4330

ATTORNEYS FOR DEFENDANTS
CONTINENTAL CASUALTY COMPANY
AND CONSTITUTION STATE
SERVICE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, on this the 31st day of May, 2001, as indicated below:

| | |
|---|---|
| Miguel A. Saldana<br>302 Kings Highway, Suite 109<br>Brownsville, Texas 78521 | VIA CMRRR NO.: 70993400002015340010 |
| Raymond A. Cowley<br>Rodriguez Colvin & Chaney, L.L.P.<br>4900 A-2N Tenth Street<br>McAllen, Texas 78504 | VIA REGULAR MAIL |
| John Bode<br>Miller & Martin<br>1000 Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, TN 37402 | VIA REGULAR MAIL |

*David Kitner* (signature)

DAVID N. KITNER