22

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 8 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| NOEL ESPINOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. B-00-142 |
| ) | |
| THE LAREDO COCA-COLA BOTTLING ) | |
| COMPANY, INC., CONTINENTAL ) | |
| CASUALTY COMPANY and ) | |
| CONSTITUTION STATE SERVICE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE LAREDO COCA-COLA BOTTLING COMPANY, INC., Defendant in the above-styled cause, and hereby timely files this its Designation of Expert Witnesses, in compliance with the Court's Docket Control Order and would respectfully show the Court as follows:

With regard to expert witnesses, Defendant designates the following:

(1) Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 North 10th, Bldg. A2
McAllen, Texas 78504
(956) 686-1287

Mr. Cowley will testify in rebuttal regarding attorney fees in the event any amount sought by the Plaintiff as attorney fees is greatly in excess of the amount justified by the case and the effort expended by his attorneys and/or the hourly rate claimed by the Plaintiff's attorneys is excessive. Mr. Cowley will also testify in rebuttal that the nature of this case does not justify an enhancement of the <u>Johnson</u> lodestar formula.

::ODMA\PCDOCS\DOCS\887944\1

(2)  John R. Bode
Miller & Martin, LLP
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee  37402
(423) 756-6600

Mr. Bode will testify in rebuttal regarding attorney fees in the event any amount sought by the Plaintiff as attorney fees is greatly in excess of the amount justified by the case and the effort expended by his attorneys and/or the hourly rate claimed by the Plaintiff's attorneys is excessive. Mr. Bode will also testify in rebuttal that the nature of this case does not justify an enhancement of the Johnson lodestar formula.

WHEREFORE, PREMISES CONSIDERED, Defendant hereby files his designation of expert witnesses in accordance with the Docket Control Order entered in this case. Additionally, Defendant prays for such other and further relief at law and in equity to which it may be justly entitled to receive.

Respectfully submitted,

**RODRIGUEZ, COLVIN & CHANEY, LLP**
4900 A-2 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax #: (956) 686-6197

Raymond A. Cowley
State Bar No.: 04932400

-and-

**MILLER & MARTIN, LLP**
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee  37402
Telephone: (423) 756-6600
Telefax: (423) 785-8480

::ODMA\PCDOCS\DOCS\887944\1

*[signature]*

John R. Bode
Admitted to Appear *Pro Hac Vice*
Carolyne S. Beaty
Admitted to Appear *Pro Hac Vice*

ATTORNEYS FOR DEFENDANT,
THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following:

Miguel A. Saldaña, Esq.
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX 78521

David N. Kitner, Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, TX 75202

*[signature]*

On this 1st day of June, 2001.