*23*

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NOEL ESPINOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. B-00-142 |
| | ) | |
| THE LAREDO COCA-COLA BOTTLING | ) | |
| COMPANY, INC., CONTINENTAL | ) | |
| CASUALTY COMPANY and | ) | |
| CONSTITUTION STATE SERVICE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LAREDO COCA-COLA BOTTLING COMPANY'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant, The Laredo Coca-Cola Bottling Company, Inc., pursuant to Rule 56

of the *Federal Rules of Civil Procedure*, and respectfully moves this Court to grant summary

judgment in its favor as to all of the claims made against it in this case. In support of this Motion,

this Defendant relies upon the pleadings which have been previously filed with this Court and the

entire record in this matter, including, but not limited to, the Memorandum of Law filed in support

of this Motion, the deposition of Plaintiff, Noel Espinoza, taken on March 14, 2001, excerpts of

which are attached as **Exhibit A** to this Motion, and the Affidavit of Pete Carreon III, which is

attached as **Exhibit B** hereto. Based on these supporting materials, this Defendant submits that there

is no genuine issue of any material fact regarding any of the claims and/or allegations made against

the same in this case, and that this Defendant is entitled to summary judgment as a matter of law.

::ODMA\PCDOCS\DOCS\880029\1

Respectfully submitted,

**RODRIGUEZ, COLVIN & CHANEY, LLP**

By: _____
      Raymond A. Cowley
      Attorney-in-Charge
      State Bar I.D. No. 04932400
      Federal I.D. No. 8642
      Teri L. Danish
      State Bar I.D. No. 05375320
      Federal I.D. No. 12862

      1201 East Van Buren
      Brownsville, Texas  78520
      Telephone:  (956) 542-7441
      Telefax:  (956) 541-2170

--and--

**MILLER & MARTIN LLP**

      John R. Bode
      TN BPR No. 11415
      *Admitted Pro Hac Vice*
      Carolyne S. Beaty
      TN BPR No. 19737
      *Admitted Pro Hac Vice*

      Suite 1000, Volunteer Building
      832 Georgia Avenue
      Chattanooga, TN  37402
      Telephone:  (423) 756-6600
      Telefax:  (423) 785-8480

ATTORNEYS FOR DEFENDANT,
THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.

ODMA\PCDOCS\DOCS\880029\1        2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following on this _____ day of July, 2001:

Miguel A. Saldaña, Esq.
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX  78521

David N. Kitner, Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, TX  75202

3

ClibPDF - www.fastio.com