3.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

OCT 17 2001

| | | |
|---|---|---|
| **NOEL ESPINOZA,** *Plaintiff* | § § § § | |
| vs. | § | CIVIL ACTION NO. B-00-142 |
| **THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY,** *Defendants* | § § § § § § § | |

## Order

On October 15, 2001 came to be considered Plaintiff's Noel Espinoza unopposed Motion to extend time to file Joint Pretrial Order. After consideration of same it is the opinion of this court that plaintiff's motion has merit and should be granted; Therefore;

IT IS ORDERED that the deadline for filing the Joint Pretrial Order in the above styled and numbered case is hereby extended to October 18, 2001 at 5:00 p.m. o'clock.

_____
Judge Presiding