United States District Court
Southern District of Texas
FILED

OCT 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| NOEL ESPINOZA, *Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, *Defendants* | § § § § § § | |

### MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER

Plaintiff Noel espinoza files this unopposed motion to extend time for filing the Joint Pretrial Order. In there support thereof shows as follows:

I.

The Joint Pretrial order in the above styled and numbered case is due October 15, 2001. Due to receiving substantial additions and revisions from defendants it will be extremely difficult to comply with set deadline. Said modifications and additions will take an additional two days to research, negotiate, and reduce to final form.

II.

Plaintiff's seeks this additional time not for purposes of delay or to seek continuance but rather for organizing and properly preparing the Joint Pretrial Order after receipt of substantial additions and modifications from defendants.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this the _15th_ day of October 2001, upon the following counsel of record and interested parties:

Mr. David N. Kitner
*Strasburger & Price, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202

Mr. John R. Bode
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402

_____
MIGUEL A. SALDAÑA

ClibPDF - www.fastio.com

WHEREFORE Plaintiff prays that this unopposed motion be granted and the court extend the time to file this order to October 18, 2001 before 5:00 p.m.

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

By: _____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Please be advised that I have conferred with counsel for Continental and Constitution, Mr. David Kitner who indicated no objection to this motion. After repeated attempts I was unable to contact either John Bode or Stacie Caraway counsel for Laredo Coca-Cola, however it is my firm belief that they will not oppose this motion.

_____
MIGUEL A. SALDAÑA