3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

OCT 1 9 2001

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| BROWNSVILLE | B-00-142 |

NOEL ESPINOZA

The Laredo Coca-Cola Bottling Company, Inc., Continental Casualty Company and Constitution State Service Company

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

Stacie L. Caraway, Esq.
Miller & Martin LLP
832 Georgia Ave., Suite 1000
Chattanooga, TN  37402
(423) 756-6600
TN BPR No. 17287
Eastern District of Tennessee
Chattanooga Division

**Seeks to appear as the attorney for this party:**

Defendant The Laredo Coca-Cola Bottling Company, Inc.

Dated: 10/18/01    Signed:  *Stacie L. Caraway*

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
                                        United States District Judge