

COPY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

OCT 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOEL ESPINOZA,<br>*Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA<br>BOTTLING COMPANY, INC.,<br>CONTINENTAL CASUALTY<br>COMPANY and CONSTITUTION<br>STATE SERVICE COMPANY,<br>*Defendants* | § § § § § § § | |

## JOINT MOTION TO MEDIATE

Noel Espinoza, Plaintiff and Laredo Coca-Cola Bottling Company, Constitution State Specialty Company and Continental Casualty Company, Defendants file this joint motion to mediate and in support thereof show:

I.

The above matter is set for final pre-trial conference November 1, 2001. All of the parties have completed discovery. All of the parties agree that this suit is ripe for mediation after substantial and significant negotiations in regards to the preparation of the pre-trial order.

II.

This matter has not be previously mediated and the parties feel that the issues and facts have been distilled to the point that mediation will provide the opportunity to resolve all issues between all parties. The parties all support this motion in good faith. This motion is

not sought for purposes of delay but instead to do substantial justice, reduce use of judicial resources and contain costs.

WHEREFORE, Noel Espinoza, Plaintiff, Laredo Coca-Cola Bottling Company, Constitution State Specialty Company pray that this motion be granted, that the parties be ordered to mediation and that the case be reset to the near future.

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

By: *[signature]* Miguel A. Saldaña
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

David N. Kitner
*STRASBURGER & PRICE, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4752
Facsimile: (214) 651-4330

By: *[signature]* David N. Kitner w/p
DAVID N. KITNER
USDC No. 27023
State Bar No. 24013553

ATTORNEY FOR CONSTITUTION
STATE SPECIALTY COMPANY

John R. Bode
MILLER & MARTIN, L.L.P.
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402
Telephone: (423) 785-8320
Facsimile: (423) 785-8480

By: /s/ John R. Bode w/p
JOHN R. BODE
USDC No. 11415

ATTORNEY FOR THE LAREDO
COCA-COLA BOTTLING COMPANY

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this the 22nd day of October 2001, upon the following counsel of record and interested parties:

Mr. David N. Kitner
*Strasburger & Price, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202

Mr. John R. Bode
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402

/s/ Miguel A. Saldaña
MIGUEL A. SALDAÑA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| NOEL ESPINOZA, *Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, *Defendants* | § § § § § § | |

## Order To Mediate

On _____, 2001 came to be considered by the parties Joint Motion to Mediate in the above styled and numbered case.

After consideration of such the court is of the opinion that the motion has merit and should be granted; therefore;

IT IS ORDERED that the above styled and numbered case be mediated by a mediator selected by the parties.

IT IS FURTHER ORDERED that the case be removed from it's current date for jury selection and is hereby continued for final pre-trial conference on the _____ day of _____, 200__ and final jury selection on the _____ day of _____, 200___.

ClibPDF - www.fastio.com

Signed this _____, day of October, 2001.

_____
Judge Presiding

AGREED AND APPROVED BY:

_____
MIGUEL A. SALDANA

_____
JOHN R. BODE   w/p

_____
DAVID N. KITNER   w/p