36

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOEL ESPINOZA, *Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, *Defendants* | § § § § § § | (636(c)) |

## Order To Mediate

On __10-23rd__, 2001 came to be considered by the parties Joint Motion to Mediate in the above styled and numbered case.

After consideration of such the court is of the opinion that the motion has merit and should be granted; therefore;

IT IS ORDERED that the above styled and numbered case be mediated by a mediator selected by the parties.

IT IS FURTHER ORDERED that the case be removed from it's current date for jury selection and is hereby continued for final pre-trial conference on the __3rd__ day of __January__, 200__2__ at 2:00 p.m., and final jury selection on the __4th__ day of __January__, 200__2__, 9:30 a.m.

Signed this 23rd, day of October, 2001.

_____
Judge Presiding

AGREED AND APPROVED BY:

_____
MIGUEL A. SALDANA

_____ w/p
JOHN R. BODE

_____ w/p
DAVID N. KITNER