IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 2 1 2001

| | | |
|---|---|---|
| NOEL ESPINOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. B-00-142 |
| | ) | |
| THE LAREDO COCA-COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO SET HEARING FOR MOTIONS FOR SUMMARY JUDGMENT FILED BY DEFENDANTS

Come now Defendants, The Laredo Coca-Cola Bottling Company, Inc., Continental Casualty Company and Constitution State Service Company, by and through counsel, and, pursuant to Rule 6 of the Local Rules of the United States District Court, Southern District of Texas, hereby respectfully request that both of their motions for summary judgment be set for oral argument. Defendant The Laredo Coca-Cola Bottling Company, Inc. filed its Motion for Summary Judgment on July 6, 2001. Defendants Continental Casualty Company and Constitution State Service Company filed their Motion for Summary Judgment on September 7, 2001. None of the parties in this case have requested oral argument. However, Defendants have been informed by the Court's clerk that because Plaintiff has not filed a written response to either of their motions, the Court wishes to hear oral argument on each of these motions.

The parties have discussed the dates which are available to them, based on the up and coming holiday season. These dates are as follows: December 13 or December 19, 2001. The

parties would anticipate that the argument of each of the two summary judgment motions which are currently pending in this case would take approximately one hour, such that two hours need to be set aside in total for the hearing of both of these motions.

Respectfully Submitted,

**RODRIGUEZ, COLVIN & CHANEY, LLP**

By: _/s/ Teri L. Danish_

Raymond A. Cowley
Attorney-in-Charge
State Bar I.D. No. 04932400
Federal I.D. No. 8642
Teri L. Danish
State Bar I.D. No. 05375320
Federal I.D. No. 12862

1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telefax: (956) 541-2170

-- and --

espinozamotion.doc

**MILLER & MARTIN LLP**

John R. Bode
TN BPR No. 11415
*Admitted Pro Hac Vice*
Carolyne S. Beaty
TN BPR No. 19737
*Admitted Pro Hac Vice*

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Telefax: (423) 785-8480

ATTORNEYS FOR DEFENDANT,
THE LAREDO COCA-COLA
 BOTTLING COMPANY, INC.

-- and --

**STRASBURGER & PRICE, LLP**

By: /s/ Amanda Stamps (w/ permission)
David N. Kitner
State Bar No. 11541500
Southern District I.D. No. 2669
Amanda Stamps
State Bar No. 24013553
Southern District I.D. No. 27023

901 Main Street, Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

ATTORNEY FOR DEFENDANTS,
CONTINENTAL CASUALTY COMPANY and
CONSTITUTION STATE SERVICE COMPANY

espinozamotion.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following on this 21st day of November, 2001:

Miguel A. Saldaña, Esq.
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX 78521

Teri L Danish

espinozamotion.doc