

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOEL ESPINOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. B-00-142 |
| ) | (636(c)) |
| THE LAREDO COCA-COLA BOTTLING ) | |
| COMPANY, INC., CONTINENTAL ) | |
| CASUALTY COMPANY and ) | |
| CONSTITUTION STATE SERVICE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Motion of the Defendants, the hearing on the two Motions for Summary Judgment which are currently pending in the above-captioned matter are hereby set for the **18th** day of **December**, 2001 at **2:30** a.m./p.m. and **3:00** a.m./p.m. Because Defendant Laredo Coca-Cola Bottling Company, Inc. filed its Motion for Summary Judgment first, this motion will be heard first.

ENTERED this **29th** day of **November**, 2001.

THE HONORABLE FELIX RECIO
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF TEXAS

#37