3'

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

Noel Espinoza
_____
            Plaintiff(s),                    DIVISION  Brownsville

V                                            CIVIL ACTION NO. B-00-142

The Laredo Coca Cola Bottling
Company, et al.      Defendant(s).

ADR METHOD:   Mediation    X        Arbitration    ____
              Mini-trial   ____     Summary Jury Trial  ____

TYPE OF CASE  Breach of Contract

1   Please check one of the following:
    The case referred to ADR settled   X    or did not settle  _____.

2   My total fee and expenses were: $750.00/party.
    **(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)**

    _____
    _____

3   Please list names, addresses and telephone numbers of all parties and all counsel of record:

    Miguel A. Saldana                John R. Bode
    LAW OFFICE OF MIGUEL SALDANA     MILLER & MARTIN, L.L.P.
    Corporate Plaza, Ste. 109        Volunteer Bldg., Ste. 1000
    302 Kings Highway                832 Georgia Avenue
    Brownsville, TX 78521            Chattanooga, TN 37402
    (956) 541-6555                   (423) 756-6600
    Attorney for Noel Espinoza       Attorney for The Laredo
                                     Coca Cola Bottling Company

    List continued on second page.

                                     ADR Provider

Date:  11/29/01                      Name:  Romeo M. Flores
                                     Signature: /s/ Romeo M. Flores

SDTX-ADR-5/(Rev. 6-15-93)

3.  Please list names, addresses and telephone numbers of all parties and all counsel of record:

   David N. Kitner
   STRASBURGER & PRICE, L.L.P.
   901 Main Street, Ste. 4300
   Dallas, TX  75202     Phone # (214) 651-4752
   Attorney for Continental Casualty Company and Constitution State Service Company