40

# LAW OFFICE OF
# MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Tel:   956/541-6555                                                              Fax:   956-542-3651

November 30, 2001

United States District Court
Southern District of Texas
FILED

DEC 0 5 2001

Michael N. Milby
Clerk of Court

<u>Via Hand Delivery</u>
Mr. Butch Barbosa
Deputy Clerk
United States District Courthouse
600 E. Harrison
Brownsville, Texas 78520

RE:   Civil Action No. B-00-142
      Noel Espinoza vs. The Laredo Coca
      Cola Bottling Company, Inc., et al

<u>RULE 11 AGREEMENT</u>

Dear Mr. Barbosa:

The above numbered and styled cause was mediated on November 27, 2001 and settlement was reach on all issues by all parties. The Agreed Motion and Order to Dismiss will be filed within the next ten days.

Thank you for your courtesies in this matter.

Very truly yours,

Miguel A. Saldaña
Attorney for Noel Espinoza - Plaintiff

---

Mr. John R. Bode
Attorney for The Laredo Coca-Cola
Bottling Company-Defendant

Mr. David N. Kitner
Attorney for Continental Casualty
Company and Constitution State Service
Company- Defendants'

MAS/lr

## LAW OFFICE OF
## MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Tel: 956/541-6656   Fax: 956-542-3651

November 30, 2001

**Via Hand Delivery**
Mr. Butch Barbosa
Deputy Clerk
United States District Courthouse
600 E. Harrison
Brownsville, Texas 78520


TO File

RE: Civil Action No. B-00-142
Noel Espinoza vs. The Laredo Coca
Cola Bottling Company, Inc., et al

**RULE 11 AGREEMENT**

Dear Mr. Barbosa:

The above numbered and styled cause was mediated on November 27, 2001 and settlement was reach on all issues by all parties. The Agreed Motion and Order to Dismiss will be filed within the next ten days.

Thank you for your courtesies in this matter.

Very truly yours,

Miguel A. Saldaña
Attorney for Noel Espinoza - Plaintiff

Mr. John R. Bode
Attorney for The Laredo Coca-Cola
Bottling Company-Defendant

Mr. David N. Kitner
Attorney for Continental Casualty
Company and Constitution State Service
Company- Defendants'

MAS/lr

LAW OFFICE OF
## MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Tel:  956/541-6555                                                    Fax:  956-542-3851

November 30, 2001

<u>Via Hand Delivery</u>
Mr. Butch Barbosa
Deputy Clerk
United States District Courthouse
600 E. Harrison
Brownsville, Texas 78520

        RE: Civil Action No. B-00-142
            Noel Espinoza vs. The Laredo Coca
            Cola Bottling Company, Inc., et al

<u>RULE 11 AGREEMENT</u>

Dear Mr. Barbosa:

    The above numbered and styled cause was mediated on November 27, 2001 and settlement was reach on all issues by all parties. The Agreed Motion and Order to Dismiss will be filed within the next ten days.

    Thank you for your courtesies in this matter.

                            Very truly yours,

                            */s/ Miguel A. Saldaña*
                            Miguel A. Saldaña
                            Attorney for Noel Espinoza - Plaintiff

| | |
|---|---|
| _____ | */s/ David N. Kitner* |
| Mr. John R. Bode | Mr. David N. Kitner |
| Attorney for The Laredo Coca-Cola | Attorney for Continental Casualty |
| Bottling Company-Defendant | Company and Constitution State Service |
| | Company- Defendants' |

MAS/lr