41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOEL ESPINOZA | * |
| | * |
| VS | *    C.A. NO. B-00-142 |
| | *            (636(c)) |
| THE LAREDO COCA-COLA BOTTLING | * |
| COMPANY, INC., ET AL | |

## O R D E R

Since the parties, in the above-captioned cause of action, have filed a notice of settlement, the motions hearing set for December 18, 2001, is hereby **cancelled**. An agreed order of dismissal shall be filed on or before December 28, 2001.

Done at Brownsville, Texas, this 18th day of December 2001.

Felix Recio
United States Magistrate Judge