42

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JAN 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOEL ESPINOZA, *Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, *Defendants* | § § § § § § § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Noel Espinoza, Plaintiff and Laredo Coca-Cola Bottling Company, Constitution State Specialty Company and Continental Casualty Company, Defendants file this Agreed Motion for Dismissal with Prejudice in the above styled and numbered cause, and in support of this motion, would show unto the court as follows:

I.

Plaintiff and Defendant would show that all matters have been resolved between them in the above-styled and numbered cause and they wish this case to be dismissed.

WHEREFORE, Plaintiff and Defendant pray that this Court enter its order dismissing this lawsuit with prejudice, with all court costs to be taxed against the party incurring same.

Respectfully submitted,

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651

By: _____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF


David N. Kitner
*STRASBURGER & PRICE, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4752
Facsimile: (214) 651-4330

By: _____
DAVID N. KITNER
USDC No. 27023
State Bar No. 24013553

ATTORNEY FOR CONSTITUTION
STATE SPECIALTY COMPANY

John R. Bode
MILLER & MARTIN, L.L.P.

Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402
Telephone: (423) 785-8320
Facsimile:   (423) 785-8480

By: _____
JOHN R. BODE
USDC No. 11415

ATTORNEY FOR THE LAREDO
COCA-COLA BOTTLING COMPANY

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this the 19th day of December 2001, upon the following counsel of record and interested parties:

Mr. David N. Kitner
*Strasburger & Price, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202

Mr. John R. Bode
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402

_____
MIGUEL A. SALDAÑA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| NOEL ESPINOZA, *Plaintiff* | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY, *Defendants* | § § § § § § | |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the _____ day of December, 2001, Plaintiff **NOEL ESPINOZA**, and the Defendants **THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY** and **CONSTITUTION STATE SERVICE COMPANY**, in the above styled and numbered cause, appeared and announced unto the Court that they had arrived at a settlement of the controversies existing between them in this cause, therefore;

IT IS ORDERED that this cause be dismissed, with prejudice to the rights of the Plaintiff to hereafter reassert any of the claims that were stated or could have been stated therein, and all costs should be taxed against the party incurring the same.

SIGNED this _____ day of _____, 2001.

_____
JUDGE PRESIDING


AGREED AND APPROVED BY:

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651


By: _____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

David N. Kitner
*STRASBURGER & PRICE, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4752
Facsimile: (214) 651-4330


By: /s/ David Kitner
DAVID N. KITNER
USDC No. 27023
State Bar No. 24013553

ATTORNEY FOR CONSTITUTION
STATE SPECIALTY COMPANY



John R. Bode
**MILLER & MARTIN, L.L.P.**
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402
Telephone: (423) 785-8320
Facsimile: (423) 785-8480


By: /s/ John R. Bode
JOHN R. BODE
USDC No. 11415

ATTORNEY FOR THE LAREDO
COCA-COLA BOTTLING COMPANY