43

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **NOEL ESPINOZA,** *Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-142 |
| **THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY,** *Defendants* | § § § § § § § | (636(c)) |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 5th day of December, 2001, Plaintiff **NOEL ESPINOZA**, and the Defendants **THE LAREDO COCA COLA BOTTLING COMPANY, INC., CONTINENTAL CASUALTY COMPANY and CONSTITUTION STATE SERVICE COMPANY,** in the above styled and numbered cause, appeared and announced unto the Court that they had arrived at a settlement of the controversies existing between them in this cause, therefore;

IT IS ORDERED that this cause be dismissed, with prejudice to the rights of the Plaintiff to hereafter reassert any of the claims that were stated or could have been stated therein, and all costs should be taxed against the party incurring the same.

SIGNED this 3Rd day of January 2002, ~~2001~~.

_____
JUDGE PRESIDING


AGREED AND APPROVED BY:

The Law Office of
MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 541-6555
Facsimile: (956) 542-3651


By: _____
MIGUEL A. SALDAÑA
USDC No. 10954
State Bar No. 17529450

ATTORNEY FOR PLAINTIFF

David N. Kitner
*STRASBURGER & PRICE, L.L.P.*
901 Main Street, Suite 4300
Dallas, Texas 75202
Telephone: (214) 651-4752
Facsimile:  (214) 651-4330


By: _____
DAVID N. KITNER
USDC No. 27023
State Bar No. 24013553

ATTORNEY FOR CONSTITUTION
STATE SPECIALTY COMPANY



John R. Bode
**MILLER & MARTIN, L.L.P.**
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN. 37402
Telephone: (423) 785-8320
Facsimile:  (423) 785-8480


By: _____
JOHN R. BODE
USDC No. 11415

ATTORNEY FOR THE LAREDO
COCA-COLA BOTTLING COMPANY